## SNYDER *v.* WARDEN OF MARYLAND STATE REFORMATORY FOR MALES

[H. C. No. 13, September Term, 1958.]

*Decided December 19, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The petitioner's application to appeal from the denial of a writ of *habeas corpus* (improperly termed by the petitioner as an application for a writ of "Quo Warrant's") is denied for the reasons set forth by Judge Schnauffer in his opinion filed below.